SYLVESTER WHEELER *vs.* WALTER A. PRICE *et al.*

WASHINGTON—DECEMBER 13, 1898.

PRESENT: Matteson, C. J., Stiness and Tillinghast, JJ.

(1) *Abduction. Remedies. Forms of Action. Case. Trespass.*

While case is a proper form of action for abducting the plaintiff's daughter, trespass is also an appropriate remedy.

TRESPASS for the abduction of the plaintiff's daughter. Certified from the Common Pleas Division and heard on substantial demurrer to the declaration.

(1)    PER CURIAM. This is an action of trespass for the abduction of the plaintiff's daughter. The defendants demur to

the declaration, the ground of the demurrer being that the action should have been case and not trespass. Though the action might have been brought in case, trespass is also an appropriate remedy. 1 Chit. Pl. 16 Am. ed. 188; *Chamberlain* v. *Hazelwood*, 5 M. & W. 515; *Ditcham* v. *Bond*, 2 Mau. & Sel. 436; *Hoover* v. *Heim*, 7 Watts, Pa. 62.

Demurrer overruled, and case remitted to Common Pleas Division for further proceedings.

*Thomas H. Peabody, Nathan B. Lewis, and Warren W. Chase*, for plaintiff.

*Albert B. Crafts*, for defendants.